**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Tex Xavier ORTIZ, Respondent**

**No. 174 WAL 2017**

Supreme Court of Pennsylvania.

September 26, 2017

## ORDER

PER CURIAM

**AND NOW,** this 26th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED.** The issue accepted for review, as stated by petitioner, is:

Whether interference with custody of children, 18 Pa.C.S. § 2904, can be the felony offense that supports a conviction of kidnapping of a minor, 18 Pa.C.S. § 2901(a.1)(2)?

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jesus DELVALLE, Petitioner**

**No. 303 MAL 2017**

Supreme Court of Pennsylvania.

September 26, 2017

## ORDER

PER CURIAM

**AND NOW,** this 26th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**